No. 63448.—Bausch & Lomb Optical Co. v. United States, protests 59/12518 and 59/12517 (Rochester).

Opinion by LAWRENCE, J. The protests were dismissed.

BEFORE THE FIRST DIVISION, OCTOBER 22, 1959

No. 63449.—Manca, Inc. v. United States, protest 58/22718 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise designated as illuminators on the invoice consists of metal articles, wholly or in chief value of metal other than gold, lead, platinum, silver, tin, or tin plate, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 22, 1959

No. 63450.—American Express Company and Hermes of Paris, Inc., et al. v. United States, protests 175223–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of diaries the same in all material respects as those the subject of *Hermes of Paris, Inc.*, and *American Express Co.* v. *United States* (32 Cust. Ct. 333, C.D. 1623), the claim of the plaintiffs was sustained.

No. 63451.—E. C. Carter & Son, Inc. v. United States, protest 59/392 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of point d'esprit net the same in all material respects as that the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C.D. 1889), the claim of the plaintiff was sustained.